No. 92–5934. WIGLEY *v.* ALFRED HUGHES UNIT, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5935. WRIGHT *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–5946. BAUTISTA ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5953. BOBO *v.* CONLIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5958. SINDRAM *v.* SAXTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5963. BOOTH *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–5974. VEGA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–5997. ZIEBARTH *v.* FARM CREDIT BANK OF ST. PAUL. Sup. Ct. N. D. Certiorari denied.

No. 92–6018. BUCHANAN *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 92–6020. SMITH *v.* ALAMEDA COUNTY SHERIFF DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6042. RIDER *v.* DEEDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–6067. AVANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6078. SCHOOLEY *v.* SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–6096. EVANS *v.* UNITED STATES; and
No. 92–6208. EVANS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 966 F. 2d 398.